IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KNIGHT & SON TRANSPORTATION, INC., <br><br>Plaintiff,<br><br>v.<br><br>VOLVO GROUP NORTH AMERICA, LLC d/b/a Volvo TRUCKS NORTH AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 1:17-CV-00006-CSC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE & MEDIATION

Plaintiff Knight and Son Transportation, Inc. and defendant Volvo Group North America Inc., pursuant to the Court's scheduling order, provide the following report of the parties' settlement efforts in the case:

1. The parties mediated the case before Allen Schreiber on April 17, 2018. The parties were unable to resolve the case on April 17, and continued to engage in settlement discussions with the aid of the mediator through the end of April. Unfortunately, the parties were not able to reach a settlement.

2. The parties do not believe that at this time a settlement conference with the Court would assist them in resolving the case. However, should circumstances change and the parties conclude that further discussions with the

31694817 v1

mediator, or with the Court, regarding settlement would be helpful, the parties will contact the mediator and Court.

  Respectfully submitted,

               *s/ Jonathan H. Waller*
               Jonathan H. Waller (ASB-0725-L53J)
               Attorney for Plaintiff Knight & Sons
               Transportation, Inc.

WALLER LAW OFFICE, PC
2001 Park Place, Suite 900
Birmingham, AL 35203
Tel.: (205) 313-7330
jwaller@waller-law.com

               *s/ John C. Morrow*
               John C. Morrow (ASB-9424-O77J)
               Matthew D. Centeno (ASB-9270-X18M)
               Attorneys for Defendant Volvo Group North
               America, LLC d/b/a Volvo Trucks North
               America

BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
jmorrow@burr.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 1st day of June, 2018:

Richard H. Gill (ASB-7945-G70R)
Copeland, Franco, Screws & Gill, PA
P.O. Box 347
Montgomery, AL 36101-0347
Tel.: (334) 834-1180
gill@copelandfranco.com

                                    *s/ John C. Morrow*
                                    OF COUNSEL