IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KNIGHT & SON TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOLVO GROUP NORTH AMERICA, LLC d/b/a Volvo TRUCKS NORTH AMERICA, <br><br> Defendant. | CASE NO.: 1:17-CV-00006-CSC |

**DEFENDANT VOLVO GROUP NORTH AMERICA, LLC'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW defendant Volvo Group North America, LLC d/b/a Volvo Trucks North America ("Volvo"), by and through its undersigned counsel, and hereby submits the following evidentiary submission in support of its Motion for Partial Summary Judgment filed contemporaneously herewith:

| | |
|---|---|
| Exhibit 1 | Paul Knight Deposition Excerpts |
| Exhibit 2 | Volvo Dealer Agreements |
| Exhibit 3 | GE Capital Leases |
| Exhibit 4 | Knight Dispatch Records 2012-2016 |
| Exhibit 5 | Volvo Financial Services Leases |

32207903 v1

| | |
|---|---|
| **Exhibit 6** | **Volvo Warranties** |
| **Exhibit 7** | **Charles Bird Deposition Excerpts** |
| **Exhibit 8** | **Excerpts of Truck Inspection Reports** |
| **Exhibit 9** | **Richard Bell Expert Report Exhibit 11 (Mileage Summary on Volvo Trucks)** |
| **Exhibit 10** | **WITHDRAWN** |
| **Exhibit 11** | **Jeff Knight Deposition Excerpts** |
| **Exhibit 12** | **Jeff Thomley Deposition Excerpts** |
| **Exhibit 13** | **Volvo Brochure VNL 630 / VNL 670** |
| **Exhibit 14** | **John Gibble Deposition Excerpts** |
| **Exhibit 15** | **Volvo Brochure on D13 Diesel Engine (Thomley Depo. Ex. 11)** |
| **Exhibit 16** | **Volvo Brochure on D13 Engine** |
| **Exhibit 17** | **William Miller Deposition Excerpts** |
| **Exhibit 18** | **Volvo Brochure on Volvo's SCR Solution for 2010** |
| **Exhibit 19** | **Volvo Brochure "SCR" (Plaintiff's Exhibit 23 to Michael Morgan Deposition)** |
| **Exhibit 20** | **Robert Gould Expert Report** |
| **Exhibit 21** | **Robert Gould Deposition Excerpts** |
| **Exhibit 22** | **Warranty Spreadsheet on Unit 1069 / VIN 129732** |

| | |
|---|---|
| **Exhibit 23** | **Warranty Spreadsheet on Unit 1070 / VIN 129733** |
| **Exhibit 24** | **Warranty Spreadsheet on Unit 1071 / VIN 129734** |
| **Exhibit 25** | **Warranty Spreadsheet on Unit 1073 / VIN 137024** |
| **Exhibit 26** | **Warranty Spreadsheet on Unit 1075 / VIN 565078** |
| **Exhibit 27** | **Warranty Spreadsheet on Unit 1076 / VIN 134963** |
| **Exhibit 28** | **Sample Action Truck Center Repair Orders** |
| **Exhibit 29** | **Volvo Operator's Manual Excerpts** |
| **Exhibit 30** | **AICPA Practice Guide, "Calculating Lost Profits" Excerpt: Chapter 9: Loss Period** |

**Dated:** August 13, 2018

                                                        Respectfully Submitted,

                                                        *s/ John C. Morrow*
                                                        John C. Morrow (ASB-9424-O77J)
                                                        Matthew D. Centeno (ASB-9270-X18M)
                                                        Attorneys for Defendant Volvo Group North
                                                        America, LLC d/b/a Volvo Trucks North
                                                        America

**OF COUNSEL:**
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
jmorrow@burr.com
mcenteno@burr.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 13th day of August 2018:

| | |
|---|---|
| Richard H. Gill (ASB-7945-G70R) | Jonathan H. Waller (ASB-0725-L53J) |
| Copeland, Franco, Screws & Gill, PA | Waller Law Office, PC |
| P.O. Box 347 | 2001 Park Place, Suite 900 |
| Montgomery, AL 36101-0347 | Birmingham, AL 35203 |
| Tel.: (334) 834-1180 | Tel.: (205) 313-7330 |
| gill@copelandfranco.com | jwaller@waller-law.com |

                                      *s/ John C. Morrow*
                                      OF COUNSEL