IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KNIGHT & SON TRANSPORTATION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 1:17cv06-ECM |
| ) | |
| VOLVO GROUP NORTH AMERICA, LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On August 13, 2018, the defendant filed a motion for partial summary judgment (doc. # 28). Accordingly, it is

ORDERED that the motion for partial summary judgment is to be submitted on the motion, the pleadings, and any documents or other evidence the party seeking partial summary judgment has already filed or which the plaintiff may wish to file in response on or before **October 19, 2018.**[1]  The defendant may file a reply to any response filed by the plaintiff on or before **November 2, 2018.**  Any documents or evidence filed after this date will not be considered by the court except in exceptional circumstances.

**DONE** and **ORDERED** this 11th day of September, 2018.

                                             /s/ Emily C. Marks
                                          EMILY C. MARKS
                                          UNITED STATES DISTRICT JUDGE

---

[1]  This submission is without oral argument.  Should the court determine that oral argument is necessary, a hearing date will be scheduled later.

Case 1:17-cv-00006-ECM-SRW   Document 35   Filed 09/11/18   Page 2 of 2