IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KNIGHT & SON TRANSPORTATION, INC.,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| **VOLVO GROUP NORTH AMERICA, LLC d/b/a VOLVO TRUCKS NORTH AMERICA,** | ) **CASE NO.: 1:17-CV-00006-CSC** ) ) ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S MOTION FOR ORAL ARGUMENT OF PARTIAL SUMMARY JUDGMENT AND DAUBERT MOTIONS

Defendant Volvo Group North America, LLC d/b/a Volvo Trucks North America ("Volvo"), requests that the Court grant oral argument of its Motion for Partial Summary Judgment and Motion to Exclude Robert Gould's Expert Report and Opinions, previously filed with the Court, and as grounds therefor says as follows:

1. Volvo has filed a Motion for Partial Summary Judgment, and a Motion to Exclude Robert Gould's Expert Report and Opinions pursuant to Federal Rules of Evidence 702 and *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 597 (1993), both of which have been fully briefed by the parties.

2. Both motions involve complex issues, and oral argument will assist the Court in its consideration of the motions.

32623601 v1

3.  Neither party will be prejudiced by oral argument of the motions.

Respectfully submitted,

*s/ John C. Morrow*
John C. Morrow (ASB-9424-O77J)
Matthew D. Centeno (ASB-9270-X18M)
Attorneys for Defendant Volvo Group North America, LLC d/b/a Volvo Trucks North America

BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
jmorrow@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 21st day of November 2018:

Richard H. Gill (ASB-7945-G70R)
Copeland, Franco, Screws & Gill, PA
P.O. Box 347
Montgomery, AL 36101-0347
Tel.: (334) 834-1180
gill@copelandfranco.com

Jonathan H. Waller (ASB-0725-L53J)
Waller Law Office, PC
2001 Park Place, Suite 900
Birmingham, AL 35203
Tel.: (205) 313-7330
jwaller@waller-law.com

*s/ John C. Morrow*
OF COUNSEL