IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KNIGHT & SON TRANSPORTATION, INC.,** | ) ) ) |
| **Plaintiff,** | ) |
| v. | ) ) **CASE NO.: 1:17-CV-00006-ECM** |
| **VOLVO GROUP NORTH AMERICA, LLC d/b/a Volvo TRUCKS NORTH AMERICA,** | ) ) ) ) |
| **Defendant.** | ) |

## PLAINTIFF KNIGHT'S RESPONSE TO VOLVO'S MOTION FOR ORAL ARGUMENT

COMES NOW Plaintiff Knight & Son and files its Response to Volvo's Motion for Oral Argument [Doc. 50] with respect to Volvo's Daubert Motion [Doc. 30] and Volvo's Motion for Partial Summary Judgment [Doc. 28].

Plaintiff Knight respectfully shows the Court that Knight believes that the Court may properly rule on the pending Motions without oral argument. Of course, if the Court believes that oral argument would be helpful, Knight is fully prepared to participate in such oral argument.

The only circumstance under which Knight affirmatively requests oral argument is if the Court does not deny Volvo's Daubert Motion based upon the

papers filed by the Parties.  As counsel for Plaintiff stated at the Scheduling Conference with the Court on Sept. 11, 2018, Plaintiff Knight requests oral argument on the Daubert Motion if the Court is uncertain whether to deny that Motion on the papers (which denial is clearly appropriate).

                                             Respectfully submitted,

                                             /s/ Richard H. Gill
                                             Richard H. Gill
                                             Attorney for Plaintiff

OF COUNSEL:

COPELAND, FRANCO, SCREWS & GILL, P.A.
P. O. Box 347
Montgomery, AL  36101-0347
Office:  (334) 834-1180
gill@copelandfranco.com


                                           /s/ Jonathan H. Waller
                                           Jonathan H. Waller
                                           Attorney for Plaintiff

OF COUNSEL:

WALLER LAW OFFICE, PC
2001 Park Place, Suite 900
Birmingham, AL 35203
(205) 313-7330 – Office
(205) 601-9053 – Cell
jwaller@waller-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

John C. Morrow
Burr & Forman LLP
420 20th Street North, Suite 3400
Birmingham, AL  35203
jmorrow@burr.com

                                        /s/ Richard H. Gill
                                        Of Counsel