IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KNIGHT & SON TRANSPORTATION, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIV. ACT. NO. 1:17-cv-6-ECM ) [WO] |
| VOLVO GROUP NORTH AMERICA, LLC d/b/a/ VOLVO TRUCKS NORTH AMERICA, | ) ) ) ) |
| Defendant. | ) |

**O R D E R**

For good cause, it is

ORDERED that that this matter is set for a status and scheduling conference on **April 8, 2021 at 3:00 p.m.** by telephone conference call. The parties are DIRECTED to contact Courtroom Deputy Wanda Stinson for the phone number and access code required to participate in the conference call.

Done this 30th day of March, 2021.

                                          /s/Emily C. Marks
                                       EMILY C. MARKS
                                       CHIEF UNITED STATES DISTRICT JUDGE